UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

CHRISTINE DUTTWEILLER,

                    Plaintiff,

v.                                              5:05-CV-0886 (NAM/GHL)

UPSTATE BUILDING MAINTENANCE
COMPANIES, INC., *et al.*;

                    Defendants.

_____

APPEARANCES:                                OF COUNSEL:

CARROLL & CARROLL LAWYERS P.C.         WOODRUFF L. CARROLL, ESQ.
  Counsel for Plaintiff
441 South Salina Street, Second Floor
Syracuse, NY 13202-0352

PRIMO PRIMO & KIRWAN, LLP            TERRY J. KIRWAN, ESQ.
  Counsel for Defendants Eagle Janitorial, Inc.,
  Eagle Janitorial Services, Inc., and Eagle
  Building Services, Inc.
7075 Manlius Center Road
East Syracuse, NY 13057-4873

CHAMBERLAIN D'AMANDA OPPENHEIMER    MAIREAD E. CONNOR, ESQ.
  & GREENFIELD, LLP
  Counsel for Defendant Local 200 United Service
  Employees International Union, AFL-CIO
440 South Warren Street, Suite 703
Syracuse, NY 13201-0939

GEORGE H. LOWE, United States Magistrate Judge

## ORDER TO SHOW CAUSE

_____On May 8, 2007, in the above matter, the Court issued a Decision and Order granting

Plaintiff's motion for leave to file an Amended Complaint.  (Dkt. No. 55.)  In that Decision and

Order, the Court brought to the attention of Plaintiff's counsel several mistakes in Plaintiff's proposed Amended Complaint.  (*See*, *e.g.*, *id*. at 4, 6, 13-15, 17.)  On May 21, 2007, Plaintiff filed a document purporting to be her "Amended Complaint." (Dkt. No. 56.)  However, that document did not correct any of the mistakes referenced in the Court's Order of May 8, 2007. (*See generally id*.)  This Order to Show cause addresses, and attempts to rectify, those mistakes.

Among the mistakes in question was the fact that, although Plaintiff's counsel represented to the Court that the proposed Amended Complaint withdraws Plaintiff's claims against "Upstate Building Maintenance Companies, Inc.,"[1] that entity was identified as a "Defendant" in the body of the Proposed Amended Complaint.  (Dkt. No. 55, at 4, n.2.) Specifically, that entity is identified as a "Defendant" in Paragraphs 4 and 25 of the proposed Amended Complaint.  (*See* Dkt. No. 45, "Proposed Amended Complaint," ¶¶ 4, 25 [identifying entity "Upstate Building Maintenance Inc." as a "Defendant"].)

Another mistake brought to counsel's attention was the fact that the proposed Amended Complaint was mislabeled a "Consolidated" Complaint, when in fact joinder (rather than consolidation) was what the Court was liberally construing Plaintiff's motion as requesting. (Dkt. No. 55 at 6, 13-15, 17.)

Another mistake was that the Complaint's *title* names as defendants "John Doe 1-5," although the body of the pleading does not identify any such claims against those individuals (nor does the caption even mention them).  (Dkt. No. 55 at 4.)

---

[1]     (*See*, *e.g*., Dkt. No. 45, "Notice" [stating that motion was being made, in part, to "chang[e] the parties"]; Dkt. No. 45, "Affidavit," ¶¶ 2, 3 [stating that motion was being made, in part, to "chang[e] the parties" and "remove the irrelevant parties"]; Dkt. No. 45, "Proposed Amended Complaint," Caption [not listing "Upstate Building Maintenance Companies, Inc." as a Defendant].)

When the Court directed Plaintiff to promptly file a signed copy of her Amended

Complaint (*id*. at 22), it assumed that Plaintiff would correct these mistakes before filing her

signed Amended Complaint or that, at the very least, her signed Amended Complaint would not

be conspicuously and misleadingly labeled on the bottom of each page "**PROPOSED**

**AMENDED COMPLAINT**."  (Dkt. No. 56 [emphasis in original].)

     **ACCORDINGLY**, it is

     **ORDERED** that Plaintiff is directed to **<u>SHOW CAUSE</u>**, on or before **<u>JUNE 11, 2007</u>**,

why the Court should not enter an Order, under Rules 8(a)(2), 8(e)(1), 12(f) and 16(f) of the

Federal Rules of Civil Procedure, striking her *purported* "Amended Complaint" (Dkt. No. 56)

and directing her to file a *corrected* "Amended Complaint," which contains the following **<u>five</u>**

changes: (1) striking the words "**PROPOSED AMENDED COMPLAINT**" from each page; (2)

striking the word "**CONSOLIDATED**" in the title of the pleading and replacing it with the word

"**AMENDED**"; (3) striking the words "**AND JOHN DOE 1-5**" from the title of the pleading; (4)

striking the word "Defendant" immediately before the words "Upstate Building Maintenance

Inc" in Paragraphs 4 and 25; and (5) renumbering the Paragraphs currently erroneously numbered

"3," "3," "4," "5," "6," "7," "9" as " "3," "4," "5," "6," "7," "8," "9."  **<u>In the event Plaintiff can</u>**

**<u>come up with no reason that these changes should not be made, she is granted permission</u>**

**<u>to simply file a *corrected* Amended Complaint before JUNE 11, 2007.</u>**

Dated: May 31, 2007
     Syracuse, New York

     George H. Lowe
     United States Magistrate Judge